Order; Dissent by Judge
O’SCANNLAIN.
ORDER
Anthony Jex and Gilda Middleton have filed a petition for rehearing en banc in this matter. Petitioners have had a long-term presence in the United States and have a United States citizen daughter. It appears that petitioners are the beneficiary and derivative beneficiary of an approved 1-130 visa petition. They do not appear to have any criminal convictions.
In light of ICE Director John Morton’s June 17, 2011 memo regarding prosecutorial discretion, and the November 17, 2011 follow-up memo providing guidance to ICE Attorneys, the government shall advise the court by March 19, 2012, whether the government intends to exercise prosecutorial discretion in this case and, if so, the effect, if any, of the exercise of such discretion on any action to be taken by this court with regard to Petitioners’ pending petition for rehearing.